BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00304 MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] PROTECTIVE ORDER BETWEEN THE UNITED STATES AND JERMILA MCCOY, ZEFFREY CAIN, AND TIMNESHA WILSON |
| JERMILA MCCOY, ZEFFREY CAIN, and TIMNESHA WILSON, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants JERMILA MCCOY, ZEFFREY CAIN, and TIMNESHA WILSON, by and through their counsel of record, hereby stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Stipulation and Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. Defense counsel shall not disclose any of the discovery to any person other than his respective defendant/client, witnesses that he is interviewing or preparing for trial, or attorneys, law

1 clerks, paralegals, secretaries, experts, and investigators involved in the representation of the
2 defendant in connection to this criminal case.

3     4.    The discovery and information therein may only be used in connection with the
4 litigation of this case and for no other purpose.  The discovery is now and will forever remain the
5 property of the United States Government.  Upon request of the government, defense counsel will
6 return the discovery or certify that it has been shredded at the conclusion of the case and defense
7 counsel's document retention obligations.

8     5.    In the event that the defendants obtain substitute counsel, undersigned defense
9 counsel agrees to withhold the discovery from new counsel unless and until substituted counsel
10 agrees to be bound by this order.

11     6.    Defense counsel will store the discovery in a secure place and will use reasonable
12 care to ensure that it is not disclosed to third persons in violation of this agreement.

13     8.    If defense counsel releases custody of any of the discovery, or authorized copies
14 thereof, to any person described in paragraph three, defense counsel shall provide such recipients
15 with copies of this Order and advise that person that the discovery is the property of the United
16 States Government, that the discovery and information therein may only be used in connection with
17 the litigation of this case and for no other purpose, and that an unauthorized use of the discovery
18 may constitute a violation of law and/or contempt of court.

19 **Remainder of Page Intentionally Left Blank**

20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Protective
Order 2:14-CR-00304 MCE

9. Defense counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

DATED: November 18, 2014

/s/ Jared C. Dolan_____
JARED C. DOLAN
Assistant United States Attorney

DATED: November 18, 2014

/s/ Scott Sugarman_____
SCOTT SUGARMAN
Counsel for Defendant Jermila McCoy

DATED: November 18, 2014

/s/ David Andersen_____
DAVID ANDERSEN
Counsel for Defendant ZEFFREY CAIN

DATED: November 18, 2014

/s/ Noa Oren_____
NOA OREN
Counsel for Defendant TIMNESHA WILSON

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: November 19, 2014

Dad1.crim
Mccoy0304.stip.proto.doc

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE