HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
TIMNESHA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-304 MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| TIMNESHA WILSON, et al, | Date:  January 29, 2015 |
| Defendants. | Time:  9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Jared Dolan, Assistant U.S. Attorney, defendant, Timnesha Wilson, by and through her counsel, Noa E. Oren, Assistant Federal Defender, defendant, Jermila McCoy, by and through her counsel, Scott A. Sugarman, and defendant, Zeffrey Cain, by and through his counsel David L. Anderson that the status conference set for Thursday, December 18, 2014, be continued to Thursday, January 29, 2015, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, December 12, 2014, through and including the date of the new status conference hearing, January 29, 2015, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

                                      Respectfully submitted,

DATED: December 12, 2014        HEATHER E. WILLIAMS
                                      Federal Defender

                                        /s/ Noa E. Oren
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TIMNESHA WILSON

DATED: December 12, 2014        /s/ Scott A. Sugarman
                                        SCOTT A. SUGARMAN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JERMILA MCCOY

DATED: December 12, 2014        /s/ David L. Andersen
                                        DAVID L. ANDERSEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ZEFFREY CAIN

DATED: December 12, 2014        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jared Dolan
                                        JARED DOLAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for January 29, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including January 29, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: December 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT