HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
TIMNESHA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TIMNESHA WILSON, et al,<br><br>   Defendants. | Case No. 14-cr-304 MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME<br><br>Date:  March 26, 2015<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jared Dolan, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa Oren, attorney for Timnesha Wilson, defendant, Jermila McCoy, by and through her counsel, Scott A. Sugarman, and defendant, Zeffrey Cain, by and through his counsel David L. Anderson that the status conference set for January 29, 2015, be continued to March 26, 2015, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 26, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                      Respectfully submitted,

DATED:  January 23, 2015        HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Noa E. Oren
                                          NOA E. OREN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          TIMNESHA WILSON

DATED:  January 23, 2015        /s/ Scott A. Sugarman
                                          SCOTT A. SUGARMAN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JERMILA MCCOY

DATED:  January 23, 2015        /s/ David L. Andersen
                                          DAVID L. ANDERSEN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ZEFFREY CAIN

DATED:  January 23, 2015        BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Jared Dolan
                                          JARED DOLAN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for March 26, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including March 26, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT