UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $44,200.00 IN U.S. CURRENCY, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-01310 MCE-AC<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERMILA McCOY, et al.,<br><br>　　　　Defendants. | No. 2:14-cr-00304 MCE |

　　　The Court has received the Notice of Related Cases filed on February 10, 2015. Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions arise from the same law enforcement investigation, share common legal issues and involve related parties.

///

///

Because the cases are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT