HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
TIMNESHA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TIMNESHA WILSON, et al,<br><br>        Defendants. | Case No. 14-cr-304 MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME<br><br>Date:  May 28, 2015<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jared Dolan, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa Oren, attorney for Timnesha Wilson, defendant, Jermila McCoy, by and through her counsel, Scott A. Sugarman, and defendant, Zeffrey Cain, by and through his counsel David L. Anderson that the status conference set for March 26, 2015, be continued to May 28, 2015, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 28, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: March 19, 2015        HEATHER E. WILLIAMS
                             Federal Defender

                             /s/ Noa E. Oren
                             NOA E. OREN
                             Assistant Federal Defender
                             Attorney for Defendant
                             TIMNESHA WILSON

DATED: March 19, 2015        /s/ Scott A. Sugarman
                             SCOTT A. SUGARMAN
                             Assistant Federal Defender
                             Attorney for Defendant
                             JERMILA MCCOY

DATED: March 19, 2015        /s/ David L. Andersen
                             DAVID L. ANDERSEN
                             Assistant Federal Defender
                             Attorney for Defendant
                             ZEFFREY CAIN

DATED: March 19, 2015        BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Jared Dolan
                             JARED DOLAN
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for May 28, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including May 28, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  March 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT