HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
TIMNESHA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-304 MCE |
|---|---|
| Plaintiff, | |
| v. | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| TIMNESHA WILSON, et al, | Date: August 13, 2015 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jared Dolan, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa Oren, attorney for Timnesha Wilson, defendant, Jermila McCoy, by and through her counsel, Scott A. Sugarman, and defendant, Zeffrey Cain, by and through his counsel David L. Anderson that the status conference set for May 28, 2015, be continued to August 13, 2015, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 13, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED:  May 26, 2015          HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ Noa E. Oren
                              NOA E. OREN
                              Assistant Federal Defender
                              Attorney for Defendant
                              TIMNESHA WILSON

DATED:  May 26, 2015          /s/ Scott A. Sugarman
                              SCOTT A. SUGARMAN
                              Attorney for Defendant
                              JERMILA MCCOY

DATED:  May 26, 2015          /s/ David L. Andersen
                              DAVID L. ANDERSEN
                              Attorney for Defendant
                              ZEFFREY CAIN

DATED:  May 26, 2015          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Jared Dolan
                              JARED DOLAN
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for August 13, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 13, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT