HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
TIMNESHA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-304 MCE |
|---|---|
| Plaintiff, | |
| v. | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| TIMNESHA WILSON, et al, | |
| Defendants. | Date:   November 19, 2015<br>Time:   9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jared Dolan, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa Oren, attorney for Timnesha Wilson, defendant, Jermila McCoy, by and through her counsel, Scott A. Sugarman, and defendant, Zeffrey Cain, by and through his counsel David L. Anderson that the status conference set for November 19, 2015, be continued to December 17, 2015, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 17, 2015;  pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
2  based upon continuity of counsel and defense preparation.
3      Counsel and the defendant also agree that the ends of justice served by the Court granting
4  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED:  November 13, 2015      HEATHER E. WILLIAMS
                               Federal Defender

                               /s/ Noa E. Oren
                               NOA E. OREN
                               Assistant Federal Defender
                               Attorney for Defendant
                               TIMNESHA WILSON

DATED:  November 13, 2015      /s/ Scott A. Sugarman
                               SCOTT A. SUGARMAN
                               Attorney for Defendant
                               JERMILA MCCOY

DATED:  November 13, 2015      /s/ David L. Andersen
                               DAVID L. ANDERSEN
                               Attorney for Defendant
                               ZEFFREY CAIN

DATED:  November 13, 2015      BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Jared Dolan
                               JARED DOLAN
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for December 17, 2015, at 9:00 a.m. Time from the date of the parties stipulation, up to and including December 17, 2015, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  November 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT