BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERMILA MCCOY, ZEFFREY CAIN, and TIMNESHA WILSON <br><br> Defendants. | CASE NO. 2:14-CR-00304 MCE <br><br> STIPULATION VACATING STATUS CONFERENCE AND SETTING DATES; ORDER <br><br> DATE: March 17, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on March 17, 2016. Trial was previously set to commence on November 7, 2016, and the Court excluded time under the Speedy Trial Act until that date based on counsel's need to prepare.

2. By this stipulation, defendants now move to vacate the status conference. In light of the trial date already set, the parties agree that there is no need to set a further status conference at this time.

///
///
///
///
///

STIPULATION RE: VACATING STATUS CONFERENCE AND DATES; ORDER

1

3. The parties further agree that, not later than May 5, 2016, the parties will agree on a briefing schedule for any motions under Rule 12 of the Federal Rules of Criminal Procedure. If no such briefing schedule is set, pretrial motions shall be filed not later than June 30, 2016, and properly noticed on the Court's criminal calendar.

IT IS SO STIPULATED.

Dated: March 15, 2016                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ JARED C. DOLAN
                                     JARED C. DOLAN
                                     Assistant United States Attorney

Dated: March 15, 2016                /s/ Scott Sugarman
                                     SCOTT SUGARMAN
                                     Counsel for Defendant
                                     JERMILA MCCOY

Dated: March 15, 2016                /s/ David Andersen
                                     DAVID ANDERSEN
                                     Counsel for Defendant
                                     ZEFFREY CAIN

Dated: March 15, 2016                /s/ Noa Oren
                                     NOA OREN
                                     Counsel for Defendant
                                     TIMNESHA WILSON

**ORDER**

IT IS SO ORDERED.

Dated: March 17, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE: VACATING STATUS CONFERENCE
AND DATES; ORDER

2