HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
TIMNESHA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>TIMNESHA WILSON,<br><br>        Defendant. | Case No.  2:14-cr-304-MCE-3<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br><br>Judge: Hon. Kendall J. Newman |

Plaintiff United States of America, and defendant Timnesha Wilson, through their respective attorneys, stipulate and agree to add release condition #11 to her amended pretrial conditions of release imposed on January 15, 2015 (Dckt. 31).  Condition #11will read as follows:

*11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.*

All other conditions shall remain in force.

///

///

///

Stipulation to Modify Pretrial Conditions of Release

-1-

*U.S. v Wilson, 14-cr-304-MCE-3*

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  July 18, 2016 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Noa Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: July 18, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Jared Dolan*<br>JARED DOLAN<br>U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #11 is imposed on Ms. Wilson. The condition reads as follows:

> *11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.*

All other conditions shall remain in force.

Dated:  July 18, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE